**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 30, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6739**

In the Matter of
  CATRINA THOMAS,
        Plaintiff,
          v.
  FREEDMAN SEATING COMPAINY, INC.,
        Defendant.

Case Number:

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Catrina Thomas

| | |
|---|---|
| NAME (Type or print) Ryan F. Stephan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ Ryan F. Stephan | |
| FIRM   STEPHAN ZOURAS, LLP | |
| STREET ADDRESS   205 N. Michigan Ave, Ste 2560 | |
| CITY/STATE/ZIP   Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6230596 | TELEPHONE NUMBER   312-233-1550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |