## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6739 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Thomas vs. Freedman Seating Company | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/5/08 at 8:00 a.m. The Court adopts the agreed dates in the Parties Joint Initial Status Report filed on 2/19/08. Rule 26(a)(1) disclosures are due 2/25/08; Fact discovery will close on 6/15/08; Dispositive motions due by 9/15/08; Final Pretrial Order due 11/15/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|