## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CATRINA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6739 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | Magistrate Judge Cole |
| FREEDMAN SEATING COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO APPROVE RESOLUTION AND DISMISS

Plaintiff Catrina Thomas ("Thomas") and Defendant Freedman Seating Company, Inc., ("Defendant" or "Freedman"), request that the Court approve the resolution of Thomas' claims and dismiss this matter with prejudice. The parties state as follows in support of their motion:

1.     On or about November 30, 2007, Plaintiff filed a Complaint in the United States District Court for the Northern District of Illinois, Eastern Division, alleging, in part, that Plaintiff Thomas worked hours for which she allegedly was not paid and was wrongfully terminated while on family and medical leave. Specifically, Plaintiff alleged that she was paid a weekly rate and did not receive overtime compensation. Compl. ¶ 8.

2.     Plaintiff brings her claims under the Fair Labor Standards Act ("FLSA") and the Family & Medical Leave Act ("FMLA"). Freedman denies Thomas' allegations.

3.     On or about April 4, 2008, Freedman and Thomas reached an amicable resolution of Thomas' claims.

4.     The parties agree that, subject to court approval, this dispute has been resolved.

5.     The parties seek Court approval of this resolution because this case includes claims under the FLSA.

6.      Claims under the FLSA may not be waived by purely private agreement; a valid waiver can be accomplished, however, by court approval of the resolution, especially with a finding that a resolution is fair, reasonable, and adequate. *E.g., Schulte v. Gangi*, 328 U.S. 108 (1946); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1983). The parties therefore request that the Court approve this resolution and find it fair, reasonable, and adequate.

WHEREFORE, Plaintiff Catrina Thomas and Defendant Freedman Seating Company, Inc. request that the Court approve the resolution of Thomas' claims and dismiss this action with prejudice, each side to bear their own attorney's fees and costs except as agreed upon by the parties.

Respectfully submitted,

CATRINA THOMAS

By:   /s/ Ryan F. Stephan
        One Of Her Attorneys

        Ryan F. Stephan
        James B. Zouras
        STEPHAN ZOURAS, LLP
        205 North Michigan Avenue, Suite 2560
        Chicago, Illinois  60601
        (312) 233-1550 (telephone)
        (312) 233-1560 (facsimile)

Dated: April  7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing **Joint Motion To Approve Resolution And Dismiss** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  None.

_____