IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CATRINA THOMAS, | ) |
| | ) |
| Plaintiff, | ) Case No. 07 C 6739 |
| | ) |
| v. | ) Judge Gottschall |
| | ) Magistrate Judge Cole |
| FREEDMAN SEATING COMPANY, INC. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT** on Friday, April 11th at 8:30am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Jeffrey Cole in Room 1838 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, 60604 and then and there present Plaintiff's Joint Motion To Approve Resolution And Dismiss, copies of which are hereby served upon you.

Respectfully submitted,

_____
One of Attorneys for Plaintiff

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
312-233-1550
312-233-1560 f
Atty. No. 43734

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, I electronically filed the foregoing **Joint Motion To Approve Resolution And Dismiss** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

_____