# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6739 | **DATE** | 4/7/2008 |
| **CASE TITLE** | Catrina Thomas vs. Freedman Seating Company, Inc. | | |

**DOCKET ENTRY TEXT**

Parties joint motion to approve the resolution and dismiss this action [18] with prejudice, each side to bear their own attorney's fees and costs except as agreed upon by the parties is granted. Status hearing set for 5/5/08 at 8:00 a.m. is stricken. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|